UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

CHAPTER 11

In Re:  CHRISTOS KOKALAS
and SOPHIA MERKOURIS

CASE NO. 10-43781
HON.  WALTER SHAPERO

   Debtors_____/

AMENDED EX-PARTE MOTION TO CORRECT ORDER CONFIRMING PLAN

Debrors, through their attorney, file the following:

1.  This Court entered the Order Confirming Plan on August 30, 2010, which contained language regarding the treatement of the Macomb County claim, that was agreed to to resolve the Objection to Confirmation filed by Macomb County.
2.  The August 30 order referred to the Second Amended Plan as being attached to the order.
3.  Counsel for Debtor attached the wrong plan.

WHEREFORE, Debtors pray that this Honorable Court enter the attached Order Correcting Confirmation Order, which deletes only the language stating that the confirmed plan is attached, and is in all other respects the same as the initial Order Confirming Plan.

October 26, 2010


/s/ Kurt O'Keefe
Kurt O'Keefe
Attorney for Debtors
1593 Torrey Road
G. P. Woods MI 48236
313-962-4630
www.stopcreditor.com
koklaw@gmail.com