UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

CHAPTER 11

In Re: CHRISTOS KOKALAS
and SOPHIA MERKOURIS

CASE NO. 10-43781
HON. WALTER SHAPERO

___Debtors_____/

## ORDER CORRECTING ORDER CONFIRMING PLAN

    The Second Amended Plan under Chapter 11 of the Bankruptcy Code, filed by the Debtors on July 13, 2010, having been transmitted to creditors, there being no equity security holders as this is a consumer Chapter 11 case, and
    It having been determined after hearing on notice that the requirements for confirmation set forth in 11 U.S.C. § 1129(b)] have been satisfied; and that a drafting error needs to be corrected in the Order Confirming Plan previously entered by this Court on August 30, 2010:

    IT IS ORDERED that the Second Amended Plan filed by Debtors on July 13, 2010, **with the additional provision that the secured claim of Macomb County, CLSS 1F, for property tax in the amount of 2,171.61** on Debtors' residence is to be paid interest at the statutory rate 12**%**, is confirmed.

**Signed on October 28, 2010**

                                                          _____/s/ Walter Shapero_____
                                                           **Walter Shapero**
                                                           **United States Bankruptcy Judge**