UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

CHAPTER 11

In Re: CHRISTOS KOKALAS
and SOPHIA MERKOURIS

CASE NO. 10-43781
HON. WALTER SHAPERO

     Debtors                    /

## ORDER HOLDING CITIBANK AND CITI MORTGAGE IN CONTEMPT FOR VIOLATION OF THE AUTOMATIC STAY

Upon Motion of Kurt O'Keefe, attorney for Debtors, all applicable rules having been followed, no response having been timely filed:

IT IS HEREBY ORDERED THAT:

Citibank and CITIMortgage iare held contempt for violation of the discharge injunction, and is to pay debtors $1,250 damages and $1,250.00 attorney fees to counsel for Debtors.

.

Signed on July 16, 2011

　　　　　　　　　　　　　　　　　　　　/s/ Walter Shapero
　　　　　　　　　　　　　　　　　　Walter Shapero
　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge